**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Rockland Country Day School | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 13-1894019 | |
| 4. **Debtor's address** | **Principal place of business**  34 Kings Highway  Number   Street  Congers   NY   10920  City   State   ZIP Code  Rockland County  County | **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  [ ] Partnership (excluding LLP)  [ ] Other. Specify: _____ | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  Rockland Country Day School
        Name

Case number *(if known)* _____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

61110

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No  ☐ Yes. District _____ When ____/____/____ Case number _____ MM / DD / YYYY  District _____ When ____/____/____ Case number _____ MM / DD / YYYY |
|---|---|---|

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No  ☐ Yes. Debtor _____ Relationship _____  District _____ When ____/____/____ MM / DD / YYYY  Case number, if known _____ |
|---|---|---|

Debtor   Rockland Country Day School _____  Case number *(if known)*_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____<br>City                         State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000<br>☑ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor ___Rockland Country Day School_____    Case number (*if known*)_____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __08/29/2019__
            MM  / DD / YYYY

✘ __/s/ Jocelyn Feuerstein_____        __Jocelyn Feuerstein_____
Signature of authorized representative of debtor    Printed name

Title __Head of School_____

**18. Signature of attorney**

✘ __/s/ Erica Aisner_____        Date __08/29/2019__
Signature of attorney for debtor                    MM  / DD / YYYY

__Erica Aisner_____
Printed name
__Kirby Aisner & Curley LLP_____
Firm name
__700 Post Road Suite 237_____
Number    Street
__Scarsdale_____    __NY__    __10583__
City                                State    ZIP Code

__(914) 401-9500_____    __eaisner@kacllp.com_____
Contact phone               Email address

__4106084_____    __NY_____
Bar number       State

United States Bankruptcy Court
Southern District of New York

In re: Rockland Country Day School

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   08/29/2019

/s/ Jocelyn Feuerstein
Signature of Individual signing on behalf of debtor

Head of School
Position or relationship to debtor

ADP, LLC
P O Box 842875
Boston, MA 02284-2875

Adam Weinstock & Candice Manson
221 Old Mountain Rd
Nyack, NY 10960

Al & Shiri Ullrich
5 Karow Court
Chestnut Ridge, NY 10952

All-American Engraving
812 Bowline Drive
Forked River, NJ 8731

Allstate Information Management
80 Beckwith Ave.,
Paterson, NJ 07503-2804

Ariyeh Pollak
12 Doolin Road
New City, NY 10954

Beckerle Lumber
P O Box 649
Spring Valley, NY 10977

Cambridge Network
1601 Trapelo Rd., Ste 260
Waltham, MA 02451

Chris & Carin Nordone
8 Phillips Drive
Stony Point, NY 10980

Christian & Milokssy Resto
79 Hudson Avenue
Haverstraw, NY 10927

Christopher Merola & Sharon Nargi
35 Strawtown Road
West Nyack, NY 10994

Constant Contact
1601 Trapelo Road, Ste. 329
Waltham, MA 02451

Daniel & Sarah Negron
245 N. Highland Ave
Pearl River, NY 10965

Dave & Pamela Auerbach
1 Colt Court
New City, NY 10956

David Endlich
208 Coachlight Square
Montrose, NY 10548

Electrolock
87 Lafayette Ave
Suffern, NY 10901

Fred & Ling Wertheimer
7 Bittman Lane
New City, NY 10956

Great America Financial
P O Box 660831
Dallas, TX 75266-0831

Heather Cosgriff
115 River Road Road
Grandview, NY 10960

Hudson Energy Services
P O Box 29193
New York, NY 10087-9193

HuiBao Luo & Jianhong Xia
Rua Sao Paulo, 103, Mor IB. Fausto Fi,
Cascais 276S-160, Lisbon, Portugal 2765-

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie & Allegra (Beers) Valentino
149 Mountainview Ave
Pearl River,  10965

Jason Eaton & Lisa Fragner
8 Grove, Street
Apt. 1
Tarrytown, NY 10591

Jeremy Kelman
4 River Terrace
Tarrytown, NY 10591

John Rogers & Beth Peritz
12 Howell Road
Mountain Lakes, NJ 7046

Johnson Controls Fire Protection
Dept. CH 10320
Palatine, IL 60055-0320

Jonathan & Michele Turk
173 Linden St.
Mahwah, NJ 7430

Joseph & Helen Lentz
159A Ashford Ave
Dobbs Ferry, NY 10522

Joseph & Jamie Charles
429 Orchard Street
Englewood, NJ 7631

Kaplan & Astrid Mobray
7 Adele Road
West Nyack, NY 10994

Kausik & Rose Basu
P O Box 315
Saddle River, NJ 7450

Kenneth & Tonia Driscoll
112 Laurel Road
New City, NY 10956

Laura Bassi
9 Pine Tree Court
Valley Cottage, NY 10989

Lawrence & Selya Stone
7 Jefferson Court
Stony Point, NY 10980

Lindabury, McCormick Estabrook & Cooper
PO Box 2369
Westfield, NJ 07091

Lou & Silvana Siegel
14 Cranford Drive
New City, NY 10956

Marc Deliz & Tania Castro
7 The Serpentine
New Rochelle, NY 10801

Marie Maignan
150 W. 225th St
Apt. 29H
Bronx, NY 10463

Mark & Donna Quirk
10 Hickory Drive
Nanuet, NY 10954

Maxime Antoine & Diahann Darwood
15 Landau Lane
New Hempstead, NY 10977

Mercedes Nunez
27 Lighthouse Court
Tomkins Cove, NY 10986

Michael & Tricia Mayer
146 Charles St
Montgomery, NY 12549

Michelle O'Hara
3 Ross Avenue
Chestntut Ridge, NY 10977

Mideline Josaphat
14 Brookside Drive
Pomona, NY 10970

Mystery Lusk & Marcy Flamholtz
2 Brentwood Place
Monroe, NY 10950

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Nazarro Disposal, Inc.
441 North Route 9W
Congers, NY 10920

Nextiva
8800 E. Chaparral Road,
Scottsdale, AZ 85250

Nikolay Levitsky & Oxana Dogdanov
4 Laura Lane
Pomona, NY 10970

Nils Guttenplan & Deanne Yaklin
414 North Broadway
Nyack, Ny 10960

O & R
P O Box 1005
Spring Valley, NY 10977

Office of the United States Trustee
201 Varick Street, Ste 1006
New York, NY 10014

Paul & Wendy Baker
21 Benson Ave
West Nyack, NY 10994

Paul Luzzi
14 Dorothy Drive
Spring Valley, NY 10977

Rebecca Webb
186 Route 303
Valley Cottage, NY 10989

Renel Raphino & Bertine Alectine
9 S. Oak Street
Spring Valley, NY 10977

Ruslan & Loredana Moldavskiy
4 Long Ridge Court
Spring Valley, NY 10977

Sakisha Toney
825 Bounton Ave
Bronx, NY 10473

Salvatore & Pam Poliandro
18 Trafalgar Court
Nanuet, NY 10954

Sandy Pierre
10 Willow Drive
Nanuet, NY 10954

Shaiya & Charisse Baer
241 Hungry Hollow Road
Chestnut Ridge, NY 10977

Shawn Gordon & Ebony Piggery
1442 Leland Ave

Shawneequa Greene
24 Bender Road
New City, NY 10956

Stephen & Cory Cowan
7002 Blvd. East
Guttenberg, NY 7093

Suez Water New York
Payment Center,
Pittsburgh, PA 15250-7804

Suqun Zhou & Mihong Kang
International Mansion 49 #301,
Dongguan, Guangdong 52300, China

TCF Equipment
PO Box 77077
Minneapolis, MN 55480-7777

Tamisha Harriman
20 N. Pascack Rd
Nanuet, NY 10954

The Hartford
P O Box 783690
Philadelphia, PA 19178

The Office of the Attorney General
28 Liberty Street, 16th Floor
New  York, NY 10005

Town of Clarkstown
Comptroller's Office,
10 Maple Ave.
New City, NY 10956

Tracy Anser
36 Avalon Gardens Dr.
Nanuet, NY 10954

Travelers
CL Remittance Center,
Dallas, TX 75266-0317

Verizon
P O Box 15124
Albany, NY 12212

Viking Termite & Pest Control
P O Box 4070
Warren, NJ 7059

Wei Kong & Lifeng Bai
521 Forest Ave
Rye, NY 10580

William Kennerly & Nicole Jenkins
6 Village Mill
Haverstraw, NY 10927