# Rockland Country Day School

34 Kings Highway Congers, NY 10920 • phone 845-268-6802 • fax 845-268-4644 • www.rocklandcds.org

Board Resolution
8-29-2019

We, the board of trustees of Rockland Country Day School, agree that we authorize Keith Cornell, Jocelyn Feuerstein, and Vanessa Wassenar, or any of these, to sign for the documentation required to file bankruptcy forms and authorize Kirby Aisner & Curley LLP to represent the school, and to sign any documents necessary to effectuate the filing of the case, the administration of the estate and the wind down of the school's affairs.

This vote is taken by the trustees to authorize this action before signatures are placed on the final closing documents.

Agreed to by email vote in the communication with the board August 29, 2019.

The undersigned, the President of the Board of Trustees of Rockland Country Day School, hereby certifies that this is a true and correct statement of the action taken by the Board of Trustees on August 29, 2019

| /s/ Keith J. Cornell | 8/30/19 |
|---|---|
| Hon. Keith J. Cornell, President of the Board | Date |