# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 9/4/2019 |
| Case: 19–23566–rdd | Form ID: 309C | Total: 87 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db         Rockland Country Day School      34 Kings Highway       Congers, NY 10920
ust        United States Trustee      Office of the United States Trustee      U.S. Federal Office Building      201 Varick
           Street, Room 1006      New York, NY 10014
tr         Marianne T. O'Toole      Marianne T. O'Toole, LLC      22 Valley Road      Katonah, NY 10536
aty        Erica Feynman Aisner      Kirby Aisner & Curley LLP      700 Post Road      Ste. 237      Scarsdale, NY
           10583
smg        N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201–551
smg        New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany,
           NY 12205–0300
smg        United States Attorney's Office      Southern District of New York      Attention: Tax & Bankruptcy
           Unit      86 Chambers Street, Third Floor      New York, NY 10007
7589557    ADP, LLC      P O Box 842875      Boston, MA 02284–2875
7589558    Adam Weinstock & Candice Manson      221 Old Mountain Rd      Nyack, NY 10960
7589559    Al & Shiri Ullrich      5 Karow Court      Chestnut Ridge, NY 10952
7589560    All–American Engraving      812 Bowline Drive      Forked River, NJ 8731
7589561    Allstate Information Management      80 Beckwith Ave.,      Paterson, NJ 07503–2804
7589562    Ariyeh Pollak      12 Doolin Road      New City, NY 10954
7589563    Beckerle Lumber      P O Box 649      Spring Valley, NY 10977
7589564    Cambridge Network      1601 Trapelo Rd., Ste 260      Waltham, MA 02451
7589565    Chris & Carin Nordone      8 Phillips Drive      Stony Point, NY 10980
7589566    Christian & Milokssy Resto      79 Hudson Avenue      Haverstraw, NY 10927
7589567    Christopher Merola & Sharon Nargi      35 Strawtown Road      West Nyack, NY 10994
7589568    Constant Contact      1601 Trapelo Road, Ste. 329      Waltham, MA 02451
7589569    Daniel & Sarah Negron      245 N. Highland Ave      Pearl River, NY 10965
7589570    Dave & Pamela Auerbach      1 Colt Court      New City, NY 10956
7589571    David Endlich      208 Coachlight Square      Montrose, NY 10548
7589572    Electrolock      87 Lafayette Ave      Suffern, NY 10901
7589573    Fred & Ling Wertheimer      7 Bittman Lane      New City, NY 10956
7589574    Great America Financial      P O Box 660831      Dallas, TX 75266–0831
7589575    Heather Cosgriff      115 River Road Road      Grandview, NY 10960
7589576    Hudson Energy Services      P O Box 29193      New York, NY 10087–9193
7589577    HuiBao Luo & Jianhong Xia      Rua Sao Paulo, 103, Mor IB. Fausto Fi,      Cascais 276S–160, Lisbon, Portugal
           2765–
7589578    Internal Revenue Service      Centralized Insolvency Operations      P.O. Box 7346      Philadelphia, PA
           19101–7346
7589579    Jamie & Allegra (Beers) Valentino      149 Mountainview Ave      Pearl River, 10965
7589580    Jason Eaton & Lisa Fragner      8 Grove, Street      Apt. 1      Tarrytown, NY 10591
7589581    Jeremy Kelman      4 River Terrace      Tarrytown, NY 10591
7589582    John Rogers & Beth Peritz      12 Howell Road      Mountain Lakes, NJ 7046
7589583    Johnson Controls Fire Protection      Dept. CH 10320      Palatine, IL 60055–0320
7589584    Jonathan & Michele Turk      173 Linden St.      Mahwah, NJ 7430
7589585    Joseph & Helen Lentz      159A Ashford Ave      Dobbs Ferry, NY 10522
7589586    Joseph & Jamie Charles      429 Orchard Street      Englewood, NJ 7631
7589587    Kaplan & Astrid Mobray      7 Adele Road      West Nyack, NY 10994
7589588    Kausik & Rose Basu      P O Box 315      Saddle River, NJ 7450
7589589    Kenneth & Tonia Driscoll      112 Laurel Road      New City, NY 10956
7589590    Laura Bassi      9 Pine Tree Court      Valley Cottage, NY 10989
7589591    Lawrence & Selya Stone      7 Jefferson Court      Stony Point, NY 10980
7589592    Lindabury, McCormick Estabrook & Cooper      PO Box 2369      Westfield, NJ 07091
7589593    Lou & Silvana Siegel      14 Cranford Drive      New City, NY 10956
7589594    Marc Deliz & Tania Castro      7 The Serpentine      New Rochelle, NY 10801
7589595    Marie Maignan      150 W. 225th St      Apt. 29H      Bronx, NY 10463
7589596    Mark & Donna Quirk      10 Hickory Drive      Nanuet, NY 10954
7589597    Maxime Antoine & Diahann Darwood      15 Landau Lane      New Hempstead, NY 10977
7589598    Mercedes Nunez      27 Lighthouse Court      Tomkins Cove, NY 10986
7589599    Michael & Tricia Mayer      146 Charles St      Montgomery, NY 12549
7589600    Michelle O'Hara      3 Ross Avenue      Chestntut Ridge, NY 10977
7589601    Mideline Josaphat      14 Brookside Drive      Pomona, NY 10970
7589602    Mystery Lusk & Marcy Flamholtz      2 Brentwood Place      Monroe, NY 10950
7589603    NYC Corporation Counsel      100 Church Street, RM 5–240      Attn: Bankruptcy Dept.      New York, NY
           10007
7589604    NYC Dept. of Finance      345 Adams Street, 3rd Floor      Brooklyn, NY 11201
7589605    NYS Dept. Taxation & Finance      Bankruptcy/ Special Procedures Section      P.O. Box 5300      Albany, NY
           12205–0300
7589606    Nazarro Disposal, Inc.      441 North Route 9W      Congers, NY 10920
7589607    Nextiva      8800 E. Chaparral Road,      Scottsdale, AZ 85250
7589608    Nikolay Levitsky & Oxana Dogdanov      4 Laura Lane      Pomona, NY 10970
7589609    Nils Guttenplan & Deanne Yaklin      414 North Broadway      Nyack, Ny 10960
7589610    O & R      P O Box 1005      Spring Valley, NY 10977
```

| | | | |
|---|---|---|---|
| 7589611 | Office of the United States Trustee | 201 Varick Street, Ste 1006 | New York, NY 10014 |
| 7589612 | Paul & Wendy Baker | 21 Benson Ave | West Nyack, NY 10994 |
| 7589613 | Paul Luzzi | 14 Dorothy Drive | Spring Valley, NY 10977 |
| 7589614 | Rebecca Webb | 186 Route 303 | Valley Cottage, NY 10989 |
| 7589615 | Renel Raphino & Bertine Alectine | 9 S. Oak Street | Spring Valley, NY 10977 |
| 7589616 | Ruslan & Loredana Moldavskiy | 4 Long Ridge Court | Spring Valley, NY 10977 |
| 7589617 | Sakisha Toney | 825 Bounton Ave | Bronx, NY 10473 |
| 7589618 | Salvatore & Pam Poliandro | 18 Trafalgar Court | Nanuet, NY 10954 |
| 7589619 | Sandy Pierre | 10 Willow Drive | Nanuet, NY 10954 |
| 7589620 | Shaiya & Charisse Baer | 241 Hungry Hollow Road | Chestnut Ridge, NY 10977 |
| 7589621 | Shawn Gordon & Ebony Piggery | 1442 Leland Ave | |
| 7589622 | Shawneequa Greene | 24 Bender Road | New City, NY 10956 |
| 7589623 | Stephen & Cory Cowan | 7002 Blvd. East | Guttenberg, NY 7093 |
| 7589624 | Suez Water New York | Payment Center, | Pittsburgh, PA 15250–7804 |
| 7589625 | Suqun Zhou & Mihong Kang | International Mansion 49 #301, | Dongguan, Guangdong 52300, China |
| 7589626 | TCF Equipment | PO Box 77077 | Minneapolis, MN 55480–7777 |
| 7589627 | Tamisha Harriman | 20 N. Pascack Rd | Nanuet, NY 10954 |
| 7589628 | The Hartford | P O Box 783690 | Philadelphia, PA 19178 |
| 7589629 | The Office of the Attorney General | 28 Liberty Street, 16th Floor | New York, NY 10005 |
| 7589630 | Town of Clarkstown | Comptroller's Office, 10 Maple Ave. | New City, NY 10956 |
| 7589631 | Tracy Anser | 36 Avalon Gardens Dr. | Nanuet, NY 10954 |
| 7589632 | Travelers | CL Remittance Center, | Dallas, TX 75266–0317 |
| 7589633 | Verizon | P O Box 15124 | Albany, NY 12212 |
| 7589634 | Viking Termite & Pest Control | P O Box 4070 | Warren, NJ 7059 |
| 7589635 | Wei Kong & Lifeng Bai | 521 Forest Ave | Rye, NY 10580 |
| 7589636 | William Kennerly & Nicole Jenkins | 6 Village Mill | Haverstraw, NY 10927 |

TOTAL: 87