Mark G. Ledwin, Esq.
Irene M. Costello, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1133 Westchester Avenue
White Plains, NY 10604
Tel:  (914) 872-7148
Fax:  (914) 323-7001
mark.ledwin@wilsonelser.com
irene.costello@wilsonelser.com

*Attorneys for the Town of Clarkstown*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                              :
                                                                    :
                                                                    :  Case No. 19-23566-rdd
                                                                    :
                                                                    :  Chapter 7
                                                                    :
ROCKLAND COUNTRY DAY SCHOOL,                                        :
                                                                    :
            Debtor.                                                 :
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for the Town of Clarkstown ("Clarkstown") in these proceedings and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon undersigned attorneys at the address listed below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application,

1

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE**, that nothing contained herein shall be deemed or construed as (i) the consent by Clarkstown to the jurisdiction of the Bankruptcy Court over any matter or proceeding, or (ii) a waiver by Clarkstown (a) to have final orders in non-core matters entered only after de novo review by a District Judge, (b) to trial by jury in any matter or proceeding so triable, (c) to have the District Court withdraw the reference of any matter or proceeding, (d) to have the Bankruptcy Court or District Court abstain from hearing any matter or proceeding, or (e) to any other rights, liens, claims, defenses, actions, remedies, set offs or recoupments to which Clarkstown may be entitled, all of which are expressly reserved.

Dated:  White Plains, New York
September 5, 2019

                        WILSON, ELSER, MOSKOWITZ,
                         EDELMAN & DICKER LLP

By:  */s/ Mark G. Ledwin*
Mark G. Ledwin, Esq.
Irene M. Costello, Esq.
1133 Westchester Avenue
White Plains, NY 10604
Tel:  (914) 872-7148
File No. 19616.284
mark.ledwin@wilsonelser.com
irene.costello@wilsonelser.com
File No. 19816.13

*Attorneys for the Town of Clarkstown*

TO ALL PARTIES VIA ECF

7895145v.1